Tony WILLIS, Petitioner-Appellant,

v.

J. J. CLARK, Warden, et al., Respondent-Appellee.

No. 71–1941

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Nov. 30, 1971.

Tony Willis, pro se.

John W. Stokes, Jr., U. S. Atty., Charles A. Pannell, Jr., Atlanta, Ga., for respondent-appellee.

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.*